IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:01CR101 |
| | ) | |
| v. | ) | |
| | ) | |
| MARVIN MILLER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the final dispositional hearing on the report on offender under supervision (Filing No. 482) is rescheduled for:

**Monday, July 17, 2006, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 24th day of April, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court